## BLANCHARD v. HARTWELL, Treasurer.

### L. A. No. 1018; October 17, 1900.

#### 62 Pac. 509.

**Municipal Corporations — Freehold Charters—Amendment.—** Constitution, article 11, section 8, providing that a freeholders' charter of a city may be changed by amendment submitted by the legislative authority of the city to be voted on at an election held for such purpose, constitutes the only method by which such a charter can be amended.

APPEAL from Superior Court, Los Angeles County; M. T. Allen, Judge.

Action by one Blanchard against one Hartwell, treasurer. From a judgment in favor of defendant plaintiff appeals. Reversed.

M. L. Graff for appellant; R. H. F. Variel for respondent.

PER CURIAM.—The court being of the opinion that a freeholders' charter can be changed only by amendments submitted by the legislative authority of the city, as provided in section 8 of article 11 of the constitution, the judgment appealed from is reversed. A fuller statement of the grounds of this decision will be filed hereafter.